

# NUMBER 13-12-00593-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ISMAEL SALINAS,                                                    Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

### On Appeal from the 105th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, Ismael Salinas, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish.                                                   PER CURIAM
TEX. R. APP. P. 47.2(b).
Delivered and filed the
15th day of November, 2012.